IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABLAISE LTD. and GENERAL
INVENTORS INSTITUTE A, INC.,

    Plaintiffs,

    v.

BANK OF AMERICA CORPORATION,

    Defendants.

C.A. No. 06-530-SLR

REDACTED VERSION

## DECLARATION OF PETER HAZLEHURST IN SUPPORT OF DEFENDANT BANK OF AMERICA CORPORATION'S MOTION TO STAY

I, Peter Hazlehurst, declare as follows:

1.    I am Senior Vice President of Product Development at Yodlee, Inc. ("Yodlee"). I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.    Bank of America Technology and Operations, Inc. ("BATO") is a customer of Yodlee. Specifically, BATO and Yodlee are parties to an agreement entitled "Aggregation Services Agreement" and related amendments whereby Yodlee agreed to provide and Bank of America agreed to use certain Yodlee products to provide Bank of America's customers online information. A true and correct copy of this agreement is attached hereto as Exhibit A.

3.    The "My Portfolio" facility of the Bank of America website identified by Ablaise in its July 26th letter to Bank of America was created by, developed by, provided by and supported by Yodlee under its agreements with Bank of America. The Bank of America name is on the site, but Yodlee is responsible for its operation.

4.      Yodlee and Bank of America have also entered into an indemnification agreement, whereby Yodlee has agreed to defend Bank of America for claims made against those portions of the Bank of America website provided by Yodlee.

5.      Ablaise has made identical threats of patent infringement against Compass Bank, another customer of Yodlee, concerning the same features of the Compass Bank website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of December, 2006, at Redwood City, California.

Peter Hazlehurst

50387433.doc

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2007, I electronically filed the **REDACTED**

**VERSION OF DECLARATION OF PETER HAZLEHURST IN SUPPORT OF**

**DEFENDANT BANK OF AMERICA CORPORATION'S MOTION TO STAY** with the

Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the

following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on January 2, 2007, I have mailed by United States Postal Service,

the document(s) to the following non-registered participants:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL  60602

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

# EXHIBIT A

# THIS DOCUMENT WAS FILED UNDER SEAL