IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 06-530-SLR |
| BANK OF AMERICA CORPORATION, | ) ) |
| Defendant. | ) ) |

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for plaintiffs, Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Plaintiffs"), and defendant, Bank of America Corporation, subject to approval of the Court, that the briefing schedule for Defendant Bank of America Corporation's Motion To Stay is extended as follows:

1. January 25, 2007 – Plaintiffs' response in opposition to the motion

2. February 6, 2007 – Defendant's reply in support of the motion.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| */s/ Benjamin J. Schladweiler* | */s/ William J. Marsden, Jr.* |
| _____ | _____ |
| Thomas C. Grimm (#1098) | William J. Marsden, Jr. (#2247) |
| Benjamin J. Schladweiler (#4601) | 919 Market Street, Suite 1100 |
| 1201 N. Market Street | P.O. Box 1114 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 778-8401 |
| (302) 658-9200 | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiffs Ablaise Ltd. &* | *Bank of America Corporation* |
| *General Inventions Institute A, Inc.* | |

January 8, 2007

SO ORDERED this ____ day of January, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:  William J. Marsden, Jr.

I also certify that on January 8, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

**BY E-MAIL**

David M. Barkan
Jonathan L. Lamberson
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Nagendra (Nick) Setty
Douglas L. Bridges
Christopher O. Green
FISH & RICHARDSON P.C.
1180 Peachtree Street, 21st Floor
Atlanta, GA  30309

/s/ *Benjamin J. Schladweiler*
_____
Benjamin J. Schladweiler
bschladweiler@mnat.com

550403