# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

February 23, 2007

**BY E-FILING**

Chief Judge Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Ablaise Ltd. and General Inventions Institute A., Inc. v.*
      *Bank of America Corporation*, C.A. No. 06-530-SLR

Dear Chief Judge Robinson:

Pursuant to L.R. 7.1.5, plaintiffs Ablaise Ltd. and General Inventions Institute A., Inc. respectfully request oral argument on Bank of America's Motion to Stay, which has been fully briefed.

Respectfully,

*Thomas C. Grimm*

Thomas C. Grimm (#1098)

cc:   Dr. Peter T. Dalleo, Clerk (by hand)
      William J. Marsden, Jr., Esquire (by e-filing & e-mail)
      David M. Barkan, Esquire (by e-mail)
      Nagendra Setty, Esquire (by e-mail)
      Thomas G. Scavone, Esquire (by e-mail)