IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-530-SLR<br>) |
| BANK OF AMERICA CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 1st day of March, 2007, having reviewed defendant's motion to stay and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 10) is denied, on the ground that the California declaratory judgment actions filed by certain independent third-party software vendors[1] may not resolve all of the issues raised in the instant action. However, because the California actions certainly address critical issues to the case at bar, it makes practical sense to have one judge manage all of these related cases.

THEREFORE, IT IS FURTHER ORDERED that the above captioned

---

[1] <u>Financial Fusion, Inc. v. Ablaise Ltd. and General Inventions Institute A, Inc.</u>, Case No. C 06 02451 SBA (N.D. Cal.) and <u>Yodlee, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.</u>, Case No. C 06 7222 SBA (N.D. Cal.). (D.I. 21, exs. A-D)

case is hereby tranferred to the United States District Court for the Northern District of California.  The transfer is not opposed by either plaintiffs or defendant.  (D.I. 17 at 9; D.I. 20 at 10 n.4)

                                             _____
                                             United States District Judge