AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X  Patents or ____ Trademarks:

| DOCKET NO.<br>06cv530 | DATE FILED<br>8/28/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br><br>Ablaise LTD. and<br>General Inventions Institute A, Inc. | | DEFENDANT<br><br>Bank of America Corporation | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  6,961,737 B2 | 11/1/05 | Ablaise Limited | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case transferred to Northern District of California, USDC, on 3/26/2007, per court order, D.I. 23, attached.

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>R. DiMeo | DATE<br>3/26/07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL ) <br> INVENTORS INSTITUTE A, INC., ) <br>                                ) <br>          Plaintiffs,          ) <br>                                ) <br>     v.                         )   Civ. No. 06-530-SLR <br>                                ) <br> BANK OF AMERICA CORPORATION,   ) <br>                                ) <br>          Defendant.            ) | |

**O R D E R**

At Wilmington this 1st day of March, 2007, having reviewed defendant's motion to stay and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 10) is denied, on the ground that the California declaratory judgment actions filed by certain independent third-party software vendors[1] may not resolve all of the issues raised in the instant action. However, because the California actions certainly address critical issues to the case at bar, it makes practical sense to have one judge manage all of these related cases.

THEREFORE, IT IS FURTHER ORDERED that the above captioned

---

[1] Financial Fusion, Inc. v. Ablaise Ltd. and General Inventions Institute A, Inc., Case No. C 06 02451 SBA (N.D. Cal.) and Yodlee, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc., Case No. C 06 7222 SBA (N.D. Cal.). (D.I. 21, exs. A-D)

case is hereby tranferred to the United States District Court for the Northern District of California. The transfer is not opposed by either plaintiffs or defendant. (D.I. 17 at 9; D.I. 20 at 10 n.4)

_____
United States District Judge